Louis EICKWORT, Respondent, *v.* JAMES G. POWERS, Appellant.

(Argued March 8, 1893; decided March 24, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John A. Mapes* for appellant.

*Jas. C. De La Mare* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed. _____